UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 10-36650 |
| Louis Gene Bullock | (Chapter 13) |
| Lucretia Ann Bullock | |
| Debtors | JUDGE LAWRENCE S. WALTER |

---

### AMENDED PLAN PRIOR TO CONFIRMATION

The debtor amends the unconfirmed plan at the meeting of creditors to provide as follows:

__X__ The plan payments will change from $1,200.00 to $1,260.00 per month.

__X__ The monthly payment to HSBC/San Tandar shall increase from $82.71 to $110.00 for the monthly payment and the adequate protection payment if applicable.

__X__ The monthly payment to Montgomery County Treasurer shall increase from $72.59 to $113.00 for the monthly payment. The monthly payment for Attorney fees shall decrease from $173.00 to $95.00.


/s/_Louis Gene Bullock_____
Louis Gene Bullock
Debtor

/s/_WAYNE P NOVICK_____
WAYNE P NOVICK
Attorney for Debtors


/s/_Lucretia Ann Bullock_____
Lucretia Ann Bullock
Debtor

/s/_JEFFREY M. KELLNER_____
Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
chapter13@dayton13.com

A copy of this document will be served on OFFICE OF THE U S TRUSTEE, 170 NORTH HIGH ST, SUITE 200, COLUMBUS, OH  43215 by the Chapter 13 Trustee.

1036650_57_20101117_0754_686/T253_ml
###